IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JANICE SHIPP and SKYLOR NESBY,**

    Plaintiffs,

vs.                                    Civil No.   13-1158

**SCHMIDT CHEVROLET CADILLAC, INC.**

    Defendant.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the parties' stipulation of dismissal (Doc. 16). The parties stipulate to the dismissal with prejudice of the above matter, with each party to bear its own attorneys' fees and costs. The Court hereby **ACKNOWLEDGES** said notice and holds that the plaintiffs' claims are **DISMISSED WITH PREJUDICE**. The Clerk of the Court is **DIRECTED** to enter judgment reflecting the same.

    **IT IS SO ORDERED.**
    Signed this 15th day of July, 2014.

Digitally signed by
David R. Herndon
Date: 2014.07.15
09:46:34 -05'00'

                                             **Chief Judge**
                                             **United States District Court**