UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

JANICE SHIPP,

    Plaintiffs,

v.

SCHMIDT CHEVROLET CADILLAC, INC.,
et al,

    Defendant.                           No. 13-cv-1158-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation of Dismissal executed by the plaintiffs and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 17), entered on July 15, 2014, this case is **DISMISSED** with prejudice.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                      BY:     /s/*Caitlin Fischer*
                                                 **Deputy Clerk**

Dated: July 15, 2014

Digitally signed by David R. Herndon
Date: 2014.07.15 10:35:01 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT